The great supervisor of these laws and these disciplines—at many times, his business as a member of the law enforcement departments—to have established that the officers of these disciplines—at many times, officer crews—had been used to enforce the law. That's why the EOI-94 records show you how close it was to the post-traumatic stress disorder.
judges: W. Fletcher, Rawlinson, Hurwitz